**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

TENTH PRESBYTERIAN CHURCH,     :   No. 494 EAL 2021

             Respondent                :

                                           :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

              v.                        :

                                           :

PHILIP SNYDER,                      :

                                           :

             Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.